No. 490. HART REFINERIES *v.* MONTANA. February 18, 1929. *Per Curiam:* Upon consideration of the jurisdictional statement heretofore filed, and following the view expressed by the Supreme Court of Montana, we entered an order dismissing the appeal in this case as frivolous upon the authority of *Raley & Bros.* v. *Richardson,* 264 U. S. 157, 159. Upon the authority of *Hart Refineries* v. *Harmon,* decided this day, *ante,* p. 499, presenting precisely the same question, that order is now vacated and the judgment below is affirmed. *Mr. John E. Patterson* for appellant. No appearance for appellee.

No. —, original. EX PARTE TOMSON. February 18, 1929. *Per Curiam:* The motion for leave to file a petition for a writ of mandamus is denied on the authority of *Ex parte Collins,* 277 U. S. 565; *Ex parte Public National Bank,* 278 U. S. 101. *Mr. John E. Laskey* for petitioner.

No. 205. STOKELY ET AL. *v.* MISSISSIPPI ET AL. Submitted January 15, 1929. Decided February 18, 1929. *Per Curiam:* The appeal is dismissed for want of a substantial federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Marcellus Green, Garner W. Green,* and *Chalmers Potter* for appellants. *Mr. Rush H. Knox* for appellees.